No. 10-5810. **Robert William Ruther-ford, Petitioner v. United States.**

562 U.S. 938, 131 S. Ct. 349, 178 L. Ed. 2d 226, 2010 U.S. LEXIS 7529.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 599 F.3d 817.

No. 10-5812. **Michael S. Buford, Petitioner v. United States.**

562 U.S. 938, 131 S. Ct. 349, 178 L. Ed. 2d 226, 2010 U.S. LEXIS 7370.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 364 Fed. Appx. 831.

No. 10-5815. **Howard D. Kelly, Petitioner v. United States.**

562 U.S. 938, 131 S. Ct. 349, 178 L. Ed. 2d 226, 2010 U.S. LEXIS 7328.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 368 Fed. Appx. 194.

No. 10-5816. **Anthony Roosevelt King, Petitioner v. United States.**

562 U.S. 938, 131 S. Ct. 349, 178 L. Ed. 2d 226, 2010 U.S. LEXIS 7405.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 387 Fed. Appx. 948.

No. 10-5822. **Demethric Antwan Hinnant, Petitioner v. United States.**

562 U.S. 938, 131 S. Ct. 349, 178 L. Ed. 2d 226, 2010 U.S. LEXIS 7213.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 384 Fed. Appx. 276.

No. 10-5827. **Robert A. Whitelaw, Petitioner v. United States.**

562 U.S. 938, 131 S. Ct. 349, 178 L. Ed. 2d 226, 2010 U.S. LEXIS 7166.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 376 Fed. Appx. 584.

No. 10-5828. **Moises Hernandez, Petitioner v. United States.**

562 U.S. 938, 131 S. Ct. 350, 178 L. Ed. 2d 226, 2010 U.S. LEXIS 7250.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 378 Fed. Appx. 145.

No. 10-5830. **Michael Leggins, Petitioner v. United States.**

562 U.S. 938, 131 S. Ct. 350, 178 L. Ed. 2d 226, 2010 U.S. LEXIS 7460.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.